**Order entered January 27, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01410-CV

### IN THE MATTER OF THE MARRIAGE OF JUIA L. VARGO AND
### ROBERT T. O'DONNELL

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-50667-2013**

## ORDER

Both the clerk's record and the reporter's record in this case are overdue. By letters dated November 25, 2013, we notified appellant the clerk's record and the reporter's record had not been filed because appellant had not paid or made arrangements to pay for the records. By letters dated December 4, 2013 and December 5, 2013, appellant responded that arrangements had been made to pay for the records.

Therefore, we **ORDER** Collin County District Clerk to file the clerk's record within **TWENTY DAYS** of the date of this order. *We notify appellant that if we receive verification appellant has not paid for or made arrangements to pay for the record, we will, without further notice, dismiss the appeal.* See Tex. R. App. P. 37.3(b).

We also **ORDER** Court Reporter to file the reporter's record within **TWENTY DAYS** of the date of this order. *We notify appellant that if we receive verification appellant has not paid*

*for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Andrea Stroh Thompson
Collin County District Clerk

Karla Kimbrell
Official Court Reporter, 380th Judicial District Court

/s/    ADA BROWN
        JUSTICE